## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI

In re:                                                                               Case No. 10-42347-BKC-LMI
                                                                                     Chapter 7
**WALDO GALLARDO**
SSN: XXX-XX-9266
**KETTY ARMAS**
SSN: XXX-XX-9269

                    Debtors                    /

### TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS

The trustee herein files this Notice of Dividends to the creditors of this estate. Attached hereto is the Trustee's Final Dividend made to creditors.

The dividend checks were mailed to creditors on August 19, 2013. If checks are not cashed within 90 days by the creditors all remaining funds will be turned over to the clerk of the court for deposit into the U.S. Treasury pursuant to 11 U.S.C. §347(a) and Local Rule 3011.

Dated: August 19, 2013                          /s/ Joel L. Tabas
                                                JOEL L. TABAS, Trustee
                                                14 Northeast First Ave., Penthouse
                                                MIAMI, FL  33132
                                                Telephone: (305) 375-8171
                                                Telefax:  (305) 381-7708

## FINAL DISTRIBUTION

| Case Number: 10-42347    LMI | | | Page  1 | | | | Date: August 19, 2013 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Debtor Name: GALLARDO, WALDO \ ARMAS, KETTY | | | | | | | |

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Beginning Balance | | | | | | | $0.00 |
| | **Claim Type  -** | | | | | | | |
| | JOEL L. TABAS, TRUSTEE COMPENSATION | Admin | | $1,470.00 | $1,470.00 | $0.00 | $0.00 | $0.00 |
| | JOEL L. TABAS, TRUSTEE EXPENSES | Admin | | $71.66 | $71.66 | $0.00 | $0.00 | $0.00 |
| | **Subtotal For Claim Type** | | | $1,541.66 | $1,541.66 | $0.00 | $0.00 | |
| | **Claim Type 3110-00 - Atty for Trustee Fees** | | | | | | | |
| | Joel L. Tabas, Esq. | Admin | 001 | $1,242.50 | $1,242.50 | $0.00 | $0.00 | $0.00 |
| | **Subtotal For Claim Type 3110-00** | | | $1,242.50 | $1,242.50 | $0.00 | $0.00 | |
| | **Claim Type 3120-00 - Attorney for Trustee Expenses** | | | | | | | |
| | Joel L. Tabas, Esq. | Admin | 001 | $556.32 | $556.32 | $0.00 | $0.00 | $0.00 |
| | **Subtotal For Claim Type 3120-00** | | | $556.32 | $556.32 | $0.00 | $0.00 | |
| | Subtotals For Class Administrative   100.00000 % | | | $3,340.48 | $3,340.48 | $0.00 | $0.00 | |
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | |
| 000001 | American Infosource Lp As Agent for Wfnnb | Unsec | 070 | $794.14 | $25.06 | $769.08 | $0.00 | $0.00 |
| 000002 | Discover Bank | Unsec | 070 | $9,404.56 | $296.73 | $9,107.83 | $0.00 | $0.00 |
| 000003 | Discover Bank | Unsec | 070 | $2,199.35 | $69.39 | $2,129.96 | $0.00 | $0.00 |
| 000004 | Chase Bank USA, N.A. | Unsec | 070 | $8,299.56 | $261.87 | $8,037.69 | $0.00 | $0.00 |
| 000005 | Chase Bank USA, N.A. | Unsec | 070 | $1,466.75 | $46.28 | $1,420.47 | $0.00 | $0.00 |
| 000007 | B-Line, LLC | Unsec | 070 | $671.57 | $21.19 | $650.38 | $0.00 | $0.00 |
| 000008 | Sheridan Emerg Physicians Svcs | Unsec | 070 | $324.00 | $10.22 | $313.78 | $0.00 | $0.00 |
| 000009 | American InfoSource LP as agent for | Unsec | 070 | $7,005.54 | $221.04 | $6,784.50 | $0.00 | $0.00 |
| 000010 | US Bank N.A. (10-1) deficiency balance | Unsec | 070 | $8,196.89 | $258.63 | $7,938.26 | $0.00 | $0.00 |
| 000011 | PYOD LLC its successors and assigns as assignee of | Unsec | 070 | $1,679.90 | $53.00 | $1,626.90 | $0.00 | $0.00 |

# FINAL DISTRIBUTION

| Case Number: 10-42347    LMI | Page  2 | Date: August 19, 2013 |
|---|---|---|
| Debtor Name: GALLARDO, WALDO \ ARMAS, KETTY | | |

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | | |
| 000013 | Capital One, N.A. 11/01/2012 Transfer/Assignment of Claim Transfer Agreement 3001 (e) 2 Transferor: HSBC Bank Nevada, N.A. (Claim No. 13) To Capital One, N.A. Filed by Capital One, N.A.. (Bass, Patti) | Unsec | 070 | $2,385.50 | $75.27 | $2,310.23 | $0.00 | $0.00 |
| 000014 | FIA Card Services, NA/Bank of America | Unsec | 070 | $2,250.68 | $71.01 | $2,179.67 | $0.00 | $0.00 |
| 000015 | FIA Card Services, NA/Bank of America | Unsec | 070 | $30,269.60 | $955.07 | $29,314.53 | $0.00 | $0.00 |
| 000016 | FIA Card Services, NA/Bank of America | Unsec | 070 | $29,966.51 | $945.50 | $29,021.01 | $0.00 | $0.00 |
| 000017 | FIA Card Services, NA/Bank of America | Unsec | 070 | $9,229.24 | $291.21 | $8,938.03 | $0.00 | $0.00 |
| | **Subtotal For Claim Type 7100-00** | | | $114,143.79 | $3,601.47 | $110,542.32 | $0.00 | |
| | Subtotals For Class Unsecured | 3.15520 % | | $114,143.79 | $3,601.47 | $110,542.32 | $0.00 | |
| | << Totals >> | | | $117,484.27 | $6,941.95 | $110,542.32 | $0.00 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.